USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/10/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
UNITED STATES OF AMERICA,  :
:
                    **Plaintiff,**  :
:  **13-CR-811 (ALC)**
   -against-  :  **17-CR-438 (ALC)**
:  **ORDER**
GUILLERMO ARAUJO,  :
:
                    **Defendant.**  :
:
------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

A Telephone Violation of Supervised Release Hearing is set for **November 19, 2020** at **3:30 p.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **November 10, 2020**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**