USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5-7-21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                     **Plaintiff,**

    -against-

GUILLERMO ARAUJO,

                     **Defendant.**

------------------------------------------------------------------- x

13-CR-811 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

A Telephone Violation of Supervised Release Hearing is set for **May 14, 2021** at **1:15 p.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

Dated:    New York, New York
           May 7, 2021

                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**