USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/17/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

UNITED STATES OF AMERICA,

                        **Plaintiff,**

     -against-

GUILLERMO ARAUJO,

                        **Defendant.**

------------------------------------------------------------------ x

13-CR-811 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The Status Conference set for September 21, 2021 at 11:30 a.m. is converted to a Telephone Status Conference. The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

Dated:     **New York, New York**
             **September 17, 2021**

                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**