UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

UNITED STATES OF AMERICA,

                           Plaintiff,

      -against-

GUILLERMO ARAUJO,

                           Defendant.

------------------------------------------------------------ x

13-CR-811 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    A telephone status conference is set for **December 2, 2021** at **3:30 p.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

Dated:    New York, New York
             September 21, 2021

                                                       _____
                                                         **ANDREW L. CARTER, JR.**
                                                         **United States District Judge**