UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

UNITED STATES OF AMERICA,

                        Plaintiff,

    -against-

GUILLERMO ARAJO,

                        Defendant.

------------------------------------------------------------ x

13-CR-811 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The telephone status conference set for December 2, 2021 is adjourned to **February 3, 2022** at **12:00 p.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

**Dated:**     New York, New York
               November 30, 2021

                                                */s/ Andrew L. Carter, Jr.*
                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**