```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __2/3/22__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
UNITED STATES OF AMERICA,  :
:
                Plaintiff,  :
:       13-CR-811 (ALC)
   -against-  :
:       **ORDER**
GULLIERMO ARAUJO,  :
:
                Defendant.  :
:
------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

Today's telephone status conference is adjourned to **April 5, 2022** at **12:00 p.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660. Members of the public and the press can use the same dial-in information.

**SO ORDERED.**

Dated:      **New York, New York**
              **February 3, 2022**

                                          _____
                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**