UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                        Plaintiff,

    -against-

GUILLERMO ARAUJO,

                       Defendant.

------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4-5-22

13-CR-811 (ALC)

ORDER

ANDREW L. CARTER, JR., District Judge:

A Telephone Status Conference is set for **May 3, 2022** at **10:30 a.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660. Members of the public and the press can use the same dial-in information.

SO ORDERED.

Dated:    New York, New York
           April 5, 2022

                                    _____
                                    ANDREW L. CARTER, JR.
                                    United States District Judge