UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,

       Plaintiff,

 -against-

GUILLERMO ARAUJO,

       Defendant.

-----------------------------------------------------------------x

13-CR-811 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

  Today's Telephone Status Conference is adjourned to **June 8, 2022** at **12:30 p.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660. Members of the public and the press can use the same dial-in information.

**SO ORDERED.**

Dated:  New York, New York
     May 3, 2022

            _____
            **ANDREW L. CARTER, JR.**
            **United States District Judge**