USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: **6·8·22**

EdwNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

United States of America,

**ORDER**

**13-CR-811 (ALC)**

-against-

Guillermo Araujo,
--------------------------------------------------------X

ANDREW L. CARTER, JR., United States District Judge:

The Telephone Status Conference scheduled for today is adjourned without a date.

**SO ORDERED.**

Dated: New York, New York
     June 8, 2022

**ANDREW L. CARTER, JR.**
**UNITED STATES DISTRICT JUDGE**