USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6-23-22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                Plaintiff,

     -against-

GUILLERMO ARAUJO,

                Defendant.

---------------------------------------------------------------- x

13-CR-811 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

A Violation of Supervised Release Hearing is set for **June 30, 2022 at 3:00 p.m.**

**SO ORDERED.**

Dated:    New York, New York
          June 23, 2022

                                                _____
                                                ANDREW L. CARTER, JR.
                                                United States District Judge