```
                                               USDC SDNY
                                               DOCUMENT
UNITED STATES DISTRICT COURT                   ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK                  DOC#: _____
                                               DATE FILED: 6-23-22
```

UNITED STATES OF AMERICA,

                Plaintiff,

        -against-                        13-CR-811 (ALC)

GUILLERMO ARAUJO,                  **ORDER**

                Defendant.

**ANDREW L. CARTER, JR., District Judge:**

The Violation of Supervised Release Hearing scheduled for June 30, 2022 is rescheduled to **June 29, 2022 at 2:30 p.m.**

SO ORDERED.

Dated:      New York, New York
              June 23, 2022

                                               _____
                                               **ANDREW L. CARTER, JR.**
                                               **United States District Judge**